IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARL KNEIFL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV481 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER FOR EXTENSION |
| | ) | OF TIME |
| Defendant. | ) | |

Upon the Defendant's Motion for Extension of Time to File Reply Brief (Filing No. 18),

IT IS ORDERED that Defendant's motion is granted. The Defendant is granted the additional ten (10) days until May 31, 2005, in which to file a reply brief to Plaintiff's Memorandum in Support of Resistance to Motion for Summary Judgment and Cross Motion for Summary Judgment (Filing No. 17).

DATED this 13th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States Magistrate Judge