IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARL KNEIFL, | ) | CIVIL 8:04CV481 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 21). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court finds that the case should be dismissed. Accordingly.

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 21) is approved and the relief sought therein is granted;

2. The Complaint is dismissed with prejudice; and

3. The parties will pay their own cost and attorney's fees unless otherwise agreed by and between them.

Dated: August 18, 2005

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH BATTALION
UNITED STATES DISTRICT JUDGE